**Order entered September 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00302-CV

### IN RE DAVID R. BARNES, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## ORDER
Before Justices Bridges, Schenck, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's March 11, 2019 petition

for writ of mandamus and relator's March 19, 2019 supplement to his petition.


/s/     CORY L. CARLYLE
        JUSTICE